UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| WEBPROS INTERNATIONAL LLC d/b/a CPANEL, a Texas limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>HESAM ASLI, an individual; SIAVASH DASHTI a/k/a SIAVOSH DASHTI, an individual,<br><br>Defendants. | Case No. 3:22-cv-01963-IM<br><br>**STIPULATED PERMANENT INJUNCTION AGAINST DEFENDANT DASHTI** |

**FINDINGS AND CONCLUSION**

1. Plaintiff WebPros International, LLC d/b/a cPanel ("cPanel") brought an action against Defendants asserting claims: (1) for copyright infringement pursuant to 17 U.S.C. § 101 *et seq.*; (2) under the Digital Millennium Copyright Act ("DMCA") for trafficking in circumvention devices pursuant to 17 U.S.C. § 1201(a)(2); (3) for trademark infringement and unfair competition pursuant to 15 U.S.C. § 1114 and 15 U.S.C. § 1125(a), respectively; (4) for trademark counterfeiting pursuant to 15 U.S.C. § 1114; and (5) for cybersquatting under the Anti-Cybersquatting Consumer Protection Act ("ACPA"), 15 U.S.C. § 1125(d).

2. The Court granted in part cPanel's request for a preliminary injunction against Dashti. (Dkt. 72.)

3. The Court has original subject matter jurisdiction over this action under 28 U.S.C. §§ 1331 and 1338. Venue is proper in this Court under 28 U.S.C. § 1391(b) and (c).

4. cPanel sought a preliminary injunction, which included a request to the Court to "lock" various domain names registered in Dashti's name with Porkbun, LLC, listed in Appendix A to cPanel's Motion for Preliminary Injunction ("Appendix A Domain Names").

5. Porkbun voluntarily agreed to lock the Appendix A Domain Names pending further Order of the Court.

6. Defendant Siavosh Dashti has resolved the dispute with cPanel and as a part of that resolution, consents to entry of the following permanent injunction against him and order regarding the disposition of certain domain names.

### A. ORDER TO TRANSFER CERTAIN DOMAIN NAMES TO CPANEL

1. The following domain names shall be transferred to cPanel or a cPanel designee:

    i. licenseman.net

    ii. license-cpanel.net

    iii. hackcpanel.com

    iv. cheap-license.net

    v. licenseflare.net

    vi. 1license.org

    vii. plesk.store

2. Dashti releases any interest or right in any of the above domain names. Dashti shall not take any action that would delay or prevent the transfer of the above domain names.

Dashti shall cooperate fully with such transfer and shall take any action necessary to effectuate such transfer.

    3.       The Court orders that Dashti shall initiate the transfer of the above domain names within two business days of June 4, 2024.

    4.       The Court further orders that should the above domain names not be transferred within seven business days of June 4, 2024, within seven business days of actual notice of this injunction to Porkbun, by personal service or otherwise, Porkbun shall transfer the above domain names to cPanel or its designee.

### B. ORDER TO DELETE CERTAIN DOMAIN NAMES

    1.       The following domain names shall be deleted:

        i.      colonelhost.net

       ii.      colonelhost.com

      iii.      colonel.host

      iv.      colonelhost.cloud

       v.      colonelhost.info

      vi.      colonelhost.org

    2.       Dashti releases any interest or right in any of the above domain names. Dashti shall not take any action that would delay or prevent deletion of the above domain names. Dashti shall cooperate fully with such deletion and shall take any action necessary to effectuate such deletion. Dashti agrees to not work with or assist any individual or entity in acquiring the deleted domain names.

    3.       The Court orders that Dashti shall initiate deletion of the above domain names within two business days of June 4, 2024.

    4.       The Court further orders that should the above domain names not be deleted within seven business days of June 4, 2024, within seven business days of actual notice of this injunction to Porkbun, by personal service or otherwise, Porkbun shall delete the above domain names.

### C.  ORDER TO KEEP DOMAIN NAME INACTIVE

    1.       The domain name averdad.net shall remain "inactive" for the duration of its registration.

    2.       For the purposes of this Order, "inactive" means that the domain may be used for sending and receiving emails, but no website shall display when users enter the domain name into a web browser.

    3.       Dashti agrees to not change the registrar of, sell, or transfer the above domain name.

### D.  ORDER TO KEEP CERTAIN DOMAIN NAMES INACTIVE BEFORE DELETION

    1.       The following domain names shall remain "inactive" for 120 days after June 4, 2024, after which Dashti shall delete any unexpired domain names:

       i.     paymenter.me

      ii.     crediter.gift

     iii.     keys.gift

     iv.     netroot.co

      v.     gandivpn.com

     vi.     goldnull.com

     vii.     pornzart.com

    viii.     label-white.com

   ix. 4tst.me

   x. mametala.com

   xi. 127001.host

   xii. 127001.services

   xiii. Ahang.cloud

   xiv. almarjan.casino

   xv. license-installer.zip

   xvi. marjan.casino

   xvii. marjan-casino.com

   xviii. megagift.info

   xix. package-installer.zip

  2. "Inactive" means that the domain may be used for sending and receiving emails, but no website shall display when users enter the domain name into a web browser.

  3. The Court orders that Dashti shall initiate the deletion of the above domain names after 120 days of June 4, 2024 if not already expired.

  4. The Court further orders that should the above domain names not be deleted or expired after 120 days of June 4, 2024, within five business days of actual notice of this injunction to Porkbun, by personal service or otherwise, Porkbun shall delete the above domains.

  5. Dashti shall cooperate fully with such deletion and shall take any action necessary to effectuate the deletion. Dashti agrees to not work with or assist any individual or entity in acquiring the deleted domain names. Dashti agrees to not change the registrar of, sell, or transfer the above domain names.

### E. ORDER TO PERMIT DOMAIN NAMES TO REMAIN ACTIVE

1. The domain names siavash.pro and irpezeshki.com may remain active, so long as the operation and content of these domain names complies with Section H below.

### F. ORDER REGARDING EXPIRED DOMAIN NAMES

1. The following domain names have expired:

    i. giftcardfor.me

    ii. eset-security.me

    iii. eset-license.me

    iv. eset-store.me

    v. eset-global.net

    vi. eset.global

    vii. eset.global.net

    viii. maxbase.org

2. Dashti releases any interest or right in any of the above domain names. Dashti agrees to not directly repurchase, register, or renew these domains and to not work with any individual or entity in acquiring the above domain names.

### G. REGISTRAR LOCK

Dashti consents to all of the above domain names identified in Sections A, B, C, and D remaining under or be added to the "registrar lock" in place by Porkbun. Upon receipt of actual notice of this injunction, by personal service or otherwise, Porkbun shall maintain a registrar lock on the above domain names pending their deletion or expiration pursuant to the parties' confidential settlement agreement and this Order.

## H.  PERMANENT INJUNCTION

IT IS HEREBY ORDERED as of entry of this Permanent Injunction that Dashti is permanently enjoined from engaging in any of the following activities, and from assisting, aiding, or abetting any other person or entity in engaging in or performing any of the following activities, without: (1) the prior written consent of WebPros International, LLC ("WebPros") or any entity related to WebPros through corporate ownership by WebPros, including but not limited to, cPanel (collectively "WebPros' Affiliates"); or (2) a valid license:

1. Selling, marketing, or otherwise distributing, any products or services of WebPros or WebPros' Affiliates, including any licenses to such products or services, without a valid license or written authorization from WebPros or WebPros' Affiliates;

2. Engaging in commercial use of any cPanel trademarks or service marks;

3. Exploiting any copyrighted works of WebPros or WebPros' Affiliates, either directly or indirectly, including generally but not limited to by copying, reproducing, displaying, promoting, marketing, advertising, offering for sale or otherwise disposing of such works;

4. Attempting to circumvent any technical measures used by WebPros or WebPros' Affiliates intended to control access to WebPros' or WebPros Affiliates' copyrighted works or trafficking in circumvention devices including but not limited to illicit licenses of WebPros' or WebPros Affiliates' software; and

5. Registering or trafficking in any domain names that incorporate the term "cPanel" or any confusing variation of that term.

## I.  BINDING EFFECT

IT IS FURTHER ORDERED that this Permanent Injunction shall be binding upon and inure to the benefit of the parties and all successors, assigns, parent entities, subsidiaries,

officers, agents, employees, and all other persons who are in active concert or participation with anyone described herein who receive actual notice of this Permanent Injunction by personal service or otherwise.

### J.  RETENTION OF JURISDICTION

The Court retains jurisdiction to enforce the provisions of this injunction.

IT IS SO ORDERED.

Dated this 14th day of June, 2024.

/s/Karin J. Immergut
UNITED STATES DISTRICT JUDGE
